United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 24/7 CUSTOMER, INC.,<br>        Plaintiff,<br>v.<br>LIVEPERSON, INC.,<br>        Defendant. | Case No. 15-cv-02897-JST<br><br>**ORDER REGARDING ADR PROCESS**<br>Re: ECF No. 31 |

Pursuant to stipulation, and good cause appearing, the parties' presumptive deadline for ADR will be extended to 60 days after the claim construction order issues. The parties shall enter a stipulation choosing a mediation process within 14 days of the entry of the claim construction order.

   IT I SO ORDERED.

Dated: September 3, 2015

                                          JON S. TIGAR
                                  United States District Judge