United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

24/7 CUSTOMER, INC.,

    Plaintiff,

    v.

LIVEPERSON, INC.,

    Defendant.

Case No. 15-cv-02897-JST

**ORDER REGARDING ENTRY OF A PROTECTIVE ORDER**

Re: ECF No. 40

On October 14, 2015, the parties in this action filed a joint motion for entry of a protective order. ECF No. 40. The parties mostly agree about the proposed protective order that will govern the discovery but disagree about the notice provision on highly confidential information disclosed to experts. LivePerson proposes that the notice provision follow the protective order entered in the parties' action in the Southern District of New York. This procedure permits disclosure of highly confidential information to an expert without disclosing of the identity of the expert so long as the expert "is not a current officer, director, or employee of a competitor of a Party or anticipated to become one." Id. at 7. [24]/7 disagrees with this proposal and requests that the notice provision track the Interim Model Protective Order, which requires that the party seeking disclosure first make a written request to the designating party. Id. at 5. The parties each submitted complete Protective Orders and request that the Court enter one of the proposed protective orders to govern discovery in this action. Id. at 2.

///

///

///

///

Entering [24]/7's proposed order would create inconsistent obligations and potential confusion between the case before this Court and the case in New York. Accordingly, the Court enters the protective order proposed by LivePerson. See ECF 40-2, Ex. B.

IT IS SO ORDERED.

Dated: October 21, 2015

_____
JON S. TIGAR
United States District Judge

2