UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 24/7 CUSTOMER, INC.,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>LIVEPERSON, INC.,<br><br>　　　Defendant. | Case No. 15-cv-02897-JST<br><br>**ORDER REGARDING PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER**<br><br>Re: ECF No. 49 |

On December 10, 2015, the parties submitted a stipulated protective order governing disclosure of confidential materials. The parties proposed a number of deviations from the Court's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. The Court intends to adopt the proposed stipulated protective order after the following changes are made:

In Section 5.1 <u>Exercise of Restraint and Care in Designating Material for Protection</u>, the parties shall reinsert the following paragraph: Mass, indiscriminate, or routinized designations are prohibited. Designations that are shown to be clearly unjustified or that have been made for an improper purpose (e.g., to unnecessarily encumber or retard the case development process or to impose unnecessary expenses and burdens on other parties) expose the Designating Party to sanctions.

In Section 6.3 <u>Judicial Intervention</u>, the parties shall reinsert the following sentence: Frivolous challenges and those made for an improper purpose (e.g., to harass or impose unnecessary expenses and burdens on other parties) may expose the Challenging Party to sanctions.

/ / /

/ / /

1    No later than December 21, 2015, the parties shall submit the revised proposed protective
2    order that incorporates changes noted above.
3    IT IS SO ORDERED.
4    Dated: December 16, 2015

_____
JON S. TIGAR
United States District Judge