George A. Riley (S.B. #118304)
griley@omm.com
Mark E. Miller (S.B. #130200)
markmiller@omm.com
David R. Eberhart (S.B. #195474)
deberhart@omm.com
Elysa Q. Wan (S.B. #297806)
ewan@omm.com
Bill Trac (S.B. #281437)
btrac@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Susan D. Roeder (S.B. #160897)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019

Carolyn S. Wall (*pro hac vice* )
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, New York 10036

*Attorneys for Plaintiff*
*24/7 Customer, Inc.*

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Louis L. Wai (State Bar No. 295089)
wai@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

J. Michael Huget (admitted *pro hac vice*)
mhuget@honigman.com
Charles W. Duncan, Jr. (admitted *pro hac vice*)
cduncan@honigman.com
Sarah E. Waidelich (admitted *pro hac vice*)
swaidelich@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN LLP
130 South First Street, Fourth Floor
Ann Arbor, MI 48104
Telephone: (734) 418-4254

*Attorneys for Defendant*
*LIVEPERSON, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| 24/7 Customer, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LivePerson, Inc.,<br><br>　　　　　Defendant. | Case No. 3:15-CV-02897-JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE AMENDED COMPLAINT** |

## STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT

**WHEREAS**, pursuant to FRCP 15, Plaintiff [24]7 seeks to amend its complaint to assert infringement of U.S. Patent No. 9,077,804 (the "'804 Patent") by Defendant LivePerson;

**WHEREAS**, the '804 Patent is a continuation of U.S. Patent No. 8,737,599, which is one of the four patents already asserted in this Action;

**WHEREAS**, the parties have met and conferred, and have reached agreement to add the '804 Patent to this Action;

**IT IS HEREBY STIPULATED** as follows**:**

1. [24]7 will file its First Amended Complaint for Patent Infringement and Jury Demand, attached hereto as Appendix A, within seven calendar days of the Court's Order permitting such filing.

2. [24]7 will serve on LivePerson its First Amended Infringement Contentions to include the '804 Patent within seven calendar days of the Court's Order permitting such filing.

Dated: January 6, 2016        **O'MELVENY & MYERS**

By:   */s/ Mark E. Miller*
       Mark E. Miller

Attorneys for Plaintiff
24/7 Customer, Inc.

Dated: January 6, 2016        **TURNER BOYD LLP**

By:   */s/ Karen Boyd*
       Karen Boyd

Attorneys for Defendant
LivePerson, Inc.

1  **ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing
2  of this document has been obtained from Karen Boyd.

By: */s/ Mark E. Miller*
Mark E. Miller

## [PROPOSED] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED.

Dated: January 6, 2016            By: _____
                                       JON S. TIGAR
                                       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Jon S. Tigar

                                        RE AMENDED COMPLAINT
                                        3:15-CV-02897-JST