United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 24/7 CUSTOMER, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIVEPERSON, INC., <br><br> Defendant. | Case No.  15-cv-02897-JST <br><br> **ORDER REGARDING THE PARTIES' JOINT DISCOVERY LETTER BRIEF; AMENDED SCHEDULING ORDER** <br><br> Re: ECF No. 74 |

The parties in this patent case have submitted a joint discovery letter brief with their respective proposals for reducing the number of asserted claims and prior art references in this action.  ECF No. 74.  Having read the parties' proposals and arguments, the Court adopts the proposal and schedule offered by 24/7 Customer, Inc.

The Court hereby sets the following case deadlines:

| Event | Deadline |
|---|---|
| Produce accused product source code in N.D. Cal. | May 20, 2016 |
| Invalidity contentions | June 20, 2016 |
| Exchange proposed terms for construction | July 4, 2016 |
| Exchange preliminary claim constructions and extrinsic evidence | July 25, 2016 |
| Joint claim construction statement | August 16, 2016 |
| Close of claim construction discovery | September 15, 2016 |
| Reduce asserted claims to 70 (no more than 8 claims per patent) | September 15, 2016 |

| Event | Deadline |
|---|---|
| Reduce asserted prior art references to 80 (no more than 10 references per patent) | September 29, 2016 |
| Claim construction opening brief | September 30, 2016 |
| Claim construction responsive brief | October 14, 2016 |
| Claim construction reply brief | October 24, 2016 |
| Tutorial | November 8, 2016 at 2:00 p.m. |
| Claim construction hearing | December 6, 2016 at 2:00 p.m. |
| Reduce asserted claims to 30 (no more than 4 claims per patent) | 28 days before expert disclosures |
| Reduce asserted prior references to 40 (no more than five references per patent) | Deadline for expert disclosures |

Any request to increase the limits contained in this Order must specifically show why the inclusion of additional asserted claims or prior art references is warranted. See In re Katz Interactive Call Processing Patent Litig., 639 F.3d 1202, 1312–13 (Fed. Cir. 2011).

Counsel may not modify these dates without leave of court. The parties shall also comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties shall meet and confer regarding the format, scope, and content of both the tutorial and the claim construction hearing, including but not limited to the permissible subjects of discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties. They also shall exchange copies of any audio-visual material at least ten court days before they intend to use it in court, and shall bring any disputes regarding the format, scope, or content of any tutorial or hearing to the Court's attention at least five court days before the tutorial or hearing. The Court will deem as waived any objection raised less than five court days before the tutorial or hearing. The parties shall lodge hard copies of their presentation materials with the Court on the day of the tutorial or claim construction hearing.

The Court will reserve no more than two hours on its calendar for the tutorial, including a

United States District Court
Northern District of California

United States District Court
Northern District of California

1   brief recess.  The tutorial will not be reported by a court reporter.

2          At claim construction, the Court will construe only the terms the parties identify in their

3   Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the

4   case up to a maximum of 10."  Patent Local Rule 4-3(c).  The Court will reserve no more than two

5   and a half hours on its calendar for the claim construction hearing, including a brief recess.  The

6   Court prefers that the parties proceed term-by-term, with each party providing its views on each

7   term before moving on to the next.  The Court's use of time limits means that the parties may not

8   have the opportunity to present oral argument on every term they have submitted for construction,

9   and the parties should prioritize their presentations accordingly.

10          The parties must take all necessary steps to conduct discovery, compel discovery, hire

11   counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

12   manner and appear on the noticed and scheduled dates.  All counsel must arrange their calendars

13   to accommodate these dates, or arrange to substitute or associate in counsel who can.

14          IT IS SO ORDERED.

15   Dated: May 17, 2016

16                                                                    _____
                                                                            JON S. TIGAR
17                                                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

3