Mark E. Miller (S.B. #130200) markmiller@omm.com
David R. Eberhart (S.B. #195474) deberhart@omm.com
Bill Trac (S.B. #281437) btrac@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Susan Roeder (S.B. #160897) sroeder@omm.com
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025-7019

Carolyn S. Wall (pro hac vice) cwall@omm.com
**O'MELVENY & MYERS LLP**
Times Square Tower, 7 Times Square
New York, New York 10036

*Attorneys for Plaintiff*
*24/7 Customer, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 24/7 Customer, Inc.,<br><br>                    Plaintiff,<br><br>         v.<br><br>LivePerson, Inc.,<br><br>                    Defendant. | Case No. 3:15-CV-05585-JST<br>Case No. 3:15-CV-02897-JST (lead case)<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION FOR FILING AMENDED COMPLAINTS** |

The Court, having considered the parties' Stipulation for Filing Amended Complaints, and good cause appearing, orders as follows:

1. Plaintiff 24/7 Customer, Inc. may file a Second Amended Complaint in Case No. 3:15-CV-02897.

2. Plaintiff 24/7 Customer, Inc. may file a First Amended Complaint in Case No. 3:15-CV-05585.

3. LivePerson, Inc. waives notice and service of the amended complaints and shall not be required to answer those amended complaints.

1    4.    All denials, responses and affirmative defenses contained in the Answer filed by LivePerson to the First Amended Complaint in Case No. 3:15-CV-02897 shall be responsive to the Second Amended Complaint in that case.

5.    All denials, responses and affirmative defenses contained in the Answer filed by LivePerson to the Complaint in Case No. 3:15-CV-05585 shall be responsive to the First Amended Complaint in that case.

IT IS SO ORDERED.

Dated: ~~August ___, 2016~~
October 11, 2016

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

- 2 -    [~~PROPOSED~~] ORDER ON STIP. FOR FILING AMENDED COMPLAINTS
3:15-CV-02897-JST & 3:15-CV-05585-JST