| | |
|---|---|
| Mark E. Miller (State Bar No. 130200) | Karen I. Boyd (State Bar No. 189808) |
| markmiller@omm.com | boyd@turnerboyd.com |
| Geoffrey H. Yost (State Bar No. 159687) | Louis Wai (State Bar No. 295089) |
| gyost@omm.com | wai@turnerboyd.com |
| Alexander B. Parker (State Bar No. 264705) | TURNER BOYD LLP |
| aparker@omm.com | 702 Marshall Street, Suite 640 |
| Bill Trac (State Bar No. 281437) | Redwood City, CA 94063 |
| btrac@omm.com | Telephone: (650) 521-5930 |
| Jay Choi (State Bar No. 302324) | Facsimile: (650) 521-5931 |
| jchoi@omm.com | |
| O'MELVENY & MYERS LLP | J. Michael Huget (*pro hac vice*) |
| Two Embarcadero Center, 28th Floor | mhuget@honigman.com |
| San Francisco, CA 94111-3823 | Sarah E. Waidelich (*pro hac vice*) |
| Telephone: (415) 984-8700 | swaidelich@honigman.com |
| Facsimile: (415) 984-8701 | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| | 315 E. Eisenhower Parkway, Suite 100 |
| Susan D. Roeder (State Bar No. 160897) | Ann Arbor, MI 48108 |
| O'MELVENY & MYERS LLP | Telephone: (734) 418-4254 |
| 2765 Sand Hill Road | |
| Menlo Park, CA 94025-7019 | Brian J. Arnold (*pro hac vice*) |
| | barnold@honigman.com |
| Carolyn S. Wall (*pro hac vice*) | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| O'MELVENY & MYERS LLP | One South Wacker Dr., 28th Floor |
| Times Square Tower, 7 Times Square | Chicago, IL 60606-4617 |
| New York, NY 10036 | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | LIVEPERSON, INC. |
| 24/7 CUSTOMER, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 24/7 Customer, Inc. and 24/7 Customer International Holdings, Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>LivePerson, Inc.,<br><br>Defendant. | Civil Action No. 3:15-CV-02897-JST (KAW) (Lead Case)<br>Civil Action No. 3:15-CV-05585-JST (KAW)<br><br>**JOINT STIPULATION REQUESTING PERMISSION TO USE VISUAL PRESENTATION EQUIPMENT IN COURTROOM DURING TECHNOLOGY TUTORIAL AND CLAIM CONSTRUCTION HEARING**<br><br>**[PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12, counsel for Plaintiffs [24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd., and Defendant LivePerson, Inc. stipulate and respectfully request an order permitting counsel and/or their staff to bring the following electronic visual equipment into Courtroom 9 for use during the Technology Tutorial, scheduled for Tuesday, November 8, 2016, and the Claim Construction Hearing, scheduled for Tuesday, December 6, 2016: (1) two LCD projectors (primary and backup); (2) projector screen; (3) cables, power cords, and peripheral equipment for the projectors; and (4) laptop computers.

Counsel also respectfully request that they and/or their staff be permitted to enter the courtroom in advance of each hearing to connect their electronic visual equipment. Specifically, counsel request such access at 1:30 p.m. on Tuesday, November 8, 2016, (before the 2:00 p.m. Technology Tutorial) and at 1:30 p.m. on Tuesday, December 6, 2016 (before the 2:00 p.m. Claim Construction Hearing).

Respectfully submitted,

Dated: November 1, 2016

MARK E. MILLER
GEOFFREY H. YOST
ALEXANDER B. PARKER
BILL TRAC
JAY CHOI
SUSAN ROEDER
CAROLYN WALL
O'MELVENY & MYERS LLP

*/s/ Mark. E. Miller*

Attorneys for Plaintiffs
[24]7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.

Dated: November 1, 2016

KAREN BOYD
LOUIS L. WAI
TURNER BOYD LLP

J. MICHAEL HUGET
SARAH E. WAIDELICH
BRIAN J. ARNOLD
HONIGMAN MILLER SCHWARTZ & COHN LLP

*/s/ Karen Boyd*

Attorneys for Defendant
LIVEPERSON, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Karen Boyd.

*/s/ Mark E. Miller*
Mark Miller (S.B. No. 130200)
markmiller@omm.com

Attorney for Plaintiffs
[24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd.

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED. Counsel for the parties (and/or their staff) may bring visual presentation equipment (listed in the stipulation above) into Courtroom 9 at 1:30 p.m. [or _____] on November 8, 2016, for the Technology Tutorial and at 1:30 p.m. [or _____] on December 6, 2016, for the Claim Construction Hearing.

Dated: __November 3, 2016__                    _____
Hon. Jon S. Tigar
United States District Judge