Mark E. Miller (State Bar No. 130200)
markmiller@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
Bill Trac (State Bar No. 281437)
btrac@omm.com
Jay Choi (State Bar No. 302324)
jchoi@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Susan D. Roeder (State Bar No. 160897)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025-7019

Carolyn S. Wall (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower, 7 Times Square
New York, NY  10036

*Attorneys for Plaintiff*
*24/7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.*

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Louis Wai (State Bar No. 295089)
wai@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

J. Michael Huget (*pro hac vice*)
mhuget@honigman.com
Sarah E. Waidelich (*pro hac vice*)
swaidelich@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN LLP
315 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI  48108
Telephone:  (734) 418-4254

Brian J. Arnold (*pro hac vice*)
barnold@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN LLP
One South Wacker Dr., 28th Floor
Chicago, IL  60606-4617

*Attorneys for Defendant*
*LIVEPERSON, INC.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| 24/7 Customer, Inc. and 24/7 Customer International Holdings, Ltd., <br><br>                     Plaintiffs, <br><br>     v. <br><br> LivePerson, Inc., <br><br>                     Defendant. | Civil Action No. 3:15-CV-02897-JST (KAW) (Lead Case) <br> Civil Action No. 3:15-CV-05585-JST (KAW) <br><br> **STIPULATION TO DISMISS '278 AND '438 PATENTS WITHOUT PREJUDICE** <br><br> [~~PROPOSED~~] ORDER |

As a result of a Court-ordered reduction in the number of asserted claims, Plaintiffs [24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd. (collectively, "[24]7") are no longer asserting infringement of U.S. Patent Nos. 7,747,438 ("the '438 Patent") and 7,228,278 ("the '278 Patent") in these Actions.  Accordingly, counsel for [24]7 and Defendant LivePerson, Inc. stipulate to dismissal without prejudice of Counts I and II (infringement of the '438 and '278 Patents) of the Second Amended Complaint in Case No. 3:15-CV-02897-JST pursuant to Civil Local Rule 7-12.

Respectfully submitted,

Dated: November 18, 2016

MARK E. MILLER
GEOFFREY H. YOST
ALEXANDER B. PARKER
BILL TRAC
JAY CHOI
SUSAN ROEDER
CAROLYN WALL
O'MELVENY & MYERS LLP

*/s/ Mark E. Miller*

Attorneys for Plaintiffs
[24]7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.

Dated: November 18, 2016

KAREN BOYD
LOUIS L. WAI
TURNER BOYD LLP

J. MICHAEL HUGET
SARAH E. WAIDELICH
BRIAN J. ARNOLD
HONIGMAN MILLER SCHWARTZ & COHN LLP

*/s/ Sarah E. Waidelich*

Attorneys for Defendant
LIVEPERSON, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Sarah E. Waidelich.

*/s/ Mark E. Miller*
Mark Miller (S.B. No. 130200)
markmiller@omm.com

Attorney for Plaintiffs
[24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Counts I and II of the Second Amended Complaint shall be dismissed without prejudice.

Dated: November 21, 2016

Hon. Jon S. Tigar
United States District Judge