| | |
|---|---|
| 1 | Michael W De Vries (SBN 211001) |
| 2 | Sharre Lotfollahi (SBN 258913)<br>KIRKLAND & ELLIS LLP |
| 3 | 333 South Hope Street<br>Los Angeles, CA 90071 |
| 4 | Telephone: 213-680-8400 |
| 5 | Fax: 213-680-8500 |
| 6 | Adam R. Alper (SBN 196834)<br>Robert Kang (SBN 274389) |
| 7 | James Beard (SBN 267242) |
| 8 | KIRKLAND & ELLIS LLP<br>555 California Street |
| 9 | San Francisco, CA 94104<br>Telephone: 415-439-1400 |
| 10 | Fax: 415-439-1500 |
| 11 | Joshua Levicoff Simmons (admitted *pro hac vice*) |
| 12 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 13 | New York, NY 10022<br>Telephone: 212-446-4800 |
| 14 | Fax: 212-446-4900 |
| 15 | *Attorneys for Defendant LivePerson, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 24/7 Customer, Inc., | Civil Action No. 3:15-CV-02897 (Lead)<br>Civil Action No. 3:15-CV-5585 |
| Plaintiff, | |
| v. | **STIPULATION OF SUBSTITUTION OF COUNSEL FOR DEFENDANT LIVEPERSON, INC.** |
| LivePerson, Inc., | |
| Defendant. | [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the law firm of Kirkland & Ellis LLP is hereby substituted in place of the law firm of Honigman Miller Schwartz and Cohn LLP as counsel of record for Defendant LivePerson, Inc. in the above-captioned action.

Dated: February __, 2017

By: /s/ Michael W De Vries

KIRKLAND & ELLIS LLP

Michael W De Vries (SBN 211001)
Sharre Lotfollahi (SBN 258913)
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Fax: 213-680-8500
michael.devries@kirkland.com
sharre.lotfollahi@kirkland.com

Adam R. Alper (SBN 196834)
Robert Kang (SBN 274389)
James Beard (SBN 267242)
555 California Street
San Francisco, CA 94104
Telephone: 415-439-1400
Fax: 415-439-1500
adam.alper@kirkland.com
robert.kang@kirkland.com
james.beard@kirkland.com

Joshua Levicoff Simmons (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: 212-446-4800
Fax: 212-446-4900
joshua.simmons@kirkland.com

*Incoming attorneys for Defendant*

By: /s/ [signature]

HONIGMAN MILLER SCHWARTZ
AND COHN LLP

J. Michael Huget (*pro hac vice*)
mhuget@honigman.com
Sarah E. Waidelich (*pro hac vice*)
swaidelich@honigman.com
315 E. Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Telephone: (734) 418-4254

Brian J. Arnold (*pro hac vice*)
barnold@honigman.com
One South Wacker Dr., 28th Floor
Chicago, IL 60606-4617

*Outgoing attorneys for Defendant*

1

By: *Monica L. Greenberg*

Monica Greenberg
EVP, Business Affairs & General Counsel of LivePerson, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from J. Michael Huget and Monica Greenberg

Dated: 2-14-2017

_____
Michael W De Vries

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION**, the above withdrawal and substitution of counsel is approved and so **ORDERED**. All further notices to Defendant in this matter should be directed to Kirkland & Ellis LLP.

Dated: February 16, 2017

_____
Hon. Jon S. Tigar
United States District Judge