| | |
|---|---|
| Mark E. Miller (State Bar No. 130200) | Adam R. Alper (State Bar No. 196834) |
| markmiller@omm.com | aalper@kirkland.com |
| Geoffrey H. Yost (State Bar No. 159687) | Robert Nai-Shu Kang (State Bar No. 274389) |
| gyost@omm.com | robert.kang@kirkland.com |
| Alexander B. Parker (State Bar No. 264705) | James W. Beard (State Bar No. 267242) |
| aparker@omm.com | james.beard@kirkland.com |
| Bill Trac (State Bar No. 281437) | KIRKLAND & ELLIS, LLP |
| btrac@omm.com | 555 California Street |
| O'MELVENY & MYERS LLP | San Francisco, CA 94104 |
| Two Embarcadero Center, 28th Floor | Telephone: 415-436-1500 |
| San Francisco, CA 94111-3823 | |
| Telephone: (415) 984-8700 | Joshua L. Simmons (*pro hac vice*) |
| Facsimile: (415) 984-8701 | joshua.simmons@kirkkland.com |
| | KIRKLAND & ELLIS, LLP |
| Carolyn S. Wall (*pro hac vice*) | 601 Lexington Ave. |
| cwall@omm.com | New York, NY 10169 |
| O'MELVENY & MYERS LLP | Telephone: 212-446-4800 |
| Times Square Tower, 7 Times Square | |
| New York, NY 10036 | Michael W. De Vries (State Bar No. 211001) |
| | michael.devries@kirkland.com |
| Jay Choi (State Bar No. 302324) | Sharre S. Lotfollahi (State Bar No. 258913) |
| jchoi@omm.com | sharre.lotfollahi@kirkland.com |
| O'MELVENY & MYERS LLP | KIRKLAND & ELLIS, LLP |
| 400 South Hope Street, 18th Floor | 333 South Hope Street, 29th Floor |
| Los Angeles, CA 90071 | Los Angeles, CA 90071 |
| | Telephone: 213-680-8590 |
| *Attorneys for Plaintiff* | |
| *24/7 CUSTOMER, INC.* and *24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* | *Attorneys for Defendant LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 24/7 Customer, Inc. and 24/7 Customer International Holdings, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> LivePerson, Inc., <br><br> Defendant. | Civil Action No. 3:15-CV-02897-JST (KAW) (Lead Case) <br> Civil Action No. 3:15-CV-05585-JST (KAW) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR LIVEPERSON'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Civil L. R. 6-2 and 7-12, the parties submit this stipulation to extend the briefing schedule for LivePerson's Motion for Judgment on the Pleadings (Dkt. No. 126).  The parties agree to the following proposed briefing schedule:

|  | **Current Due Date** | **Stipulated Due Date** |
|---|---|---|
| [24]7's Opposition | March 17, 2017 | March 23, 2017 |
| LivePerson's Reply | March 24, 2017 | March 31, 2017 |
| Hearing | April 13, 2017 | April 20, 2017 ~~April 13, 2017 (no change)~~ |

In its Motion for Judgment on the Pleadings, LivePerson requests the Court invalidate all ten patents asserted in this case as unpatentable under 35 U.S.C. § 101 as being directed to ineligible subject matter.  Based on the number of patents at issue and the potential impact of the motion, the parties agree that the Opposition and Reply briefs will benefit from an extended briefing schedule.  Moreover, the requested extension will avoid overlap with the private mediation session scheduled for March 20, 2017, pursuant to the Stipulation and Order Selecting ADR Process (Dkt. No. 122).  The requested extension will not affect the case schedule.

Respectfully submitted,

Dated: March 10, 2017          O'MELVENY & MYERS LLP

*/s/ Mark E. Miller*

Attorneys for Plaintiffs
[24]7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.

Dated: March 10, 2017          KIRKLAND & ELLIS LLP

*/s/ Michael W. De Vries*

Attorneys for Defendant
LIVEPERSON, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Michael W. De Vries.

*/s/ Mark E. Miller*
Mark Miller (S.B. No. 130200)
markmiller@omm.com

Attorney for Plaintiffs
[24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2017

Hon. Jon S. Tigar
United States District Judge