| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 24/7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LIVEPERSON, INC., <br><br> Defendant. | Civil Action No. 3:15-CV-02897-JST (KAW) (Lead Case) <br> Civil Action No. 3:15-CV-05585-JST (KAW) <br><br> **[PROPOSED]** ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE <br><br> Date: July 5, 2017 <br> Time: 2:00 p.m. <br> Place: Courtroom 9, 19th Floor <br> Judge: Hon. Jon S. Tigar |
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> 24/7 CUSTOMER, INC., <br><br> Defendant. | Civil Action No. 3:17-cv-01268-JST <br><br> **[PROPOSED]** ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE <br><br> Date: July 5, 2017 <br> Time: 2:00 p.m. <br> Place: Courtroom 9, 19th Floor <br> Judge: Hon. Jon S. Tigar |

[PROPOSED] ORDER CHANGING DATE

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference for Case Nos. 3:15-cv-02897, 3:15-cv-05585, and 3:17-cv-01268 scheduled for July 5, 2017 is continued to July 12, 2017 at 2:00 p.m., and that the deadline to file the Case Management Statement is moved to July 5, 2017.

Dated: June 19, 2017

Hon. Jon Tigar
United States District Court
Northern District of California