| | |
|---|---|
| Mark E. Miller (State Bar No. 130200) | Adam R. Alper (State Bar No. 196834) |
| markmiller@omm.com | aalper@kirkland.com |
| Geoffrey H. Yost (State Bar No. 159687) | Robert Nai-Shu Kang (State Bar No. 274389) |
| gyost@omm.com | robert.kang@kirkland.com |
| Alexander B. Parker (State Bar No. 264705) | James W. Beard (State Bar No. 267242) |
| aparker@omm.com | james.beard@kirkland.com |
| Bill Trac (State Bar No. 281437) | KIRKLAND & ELLIS, LLP |
| btrac@omm.com | 555 California Street |
| Jay Choi (State Bar No. 302324) | San Francisco, CA 94104 |
| jchoi@omm.com | Telephone: 415-436-1500 |
| O'MELVENY & MYERS LLP | |
| Two Embarcadero Center, 28th Floor | Joshua L. Simmons (*pro hac vice*) |
| San Francisco, CA 94111-3823 | joshua.simmons@kirkkland.com |
| Telephone: (415) 984-8700 | KIRKLAND & ELLIS, LLP |
| Facsimile: (415) 984-8701 | 601 Lexington Ave. |
| | New York, NY 10169 |
| Susan D. Roeder (State Bar No. 160897) | Telephone: 212-446-4800 |
| O'MELVENY & MYERS LLP | |
| 2765 Sand Hill Road | Michael W. De Vries (State Bar No. 211001) |
| Menlo Park, CA 94025-7019 | michael.devries@kirkland.com |
| | Sharre S. Lotfollahi (State Bar No. 258913) |
| Carolyn S. Wall (*pro hac vice*) | sharre.lotfollahi@kirkland.com |
| O'MELVENY & MYERS LLP | KIRKLAND & ELLIS, LLP |
| Times Square Tower, 7 Times Square | 333 South Hope Street, 29th Floor |
| New York, NY 10036 | Los Angeles, CA 90071 |
| | Telephone: 213-680-8590 |
| *Attorneys for Plaintiff* | |
| *24/7 CUSTOMER, INC.* and *24/7 CUSTOMER* | *Attorneys for Defendant* |
| *INTERNATIONAL HOLDINGS, LTD.* | *LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 24/7 Customer, Inc. and 24/7 Customer International Holdings, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> LivePerson, Inc., <br><br> Defendant. | Civil Action No. 3:15-CV-02897-JST (KAW) (Lead Case) <br> Civil Action No. 3:15-CV-05585-JST (KAW) <br><br> **STIPULATION TO DISMISS '719 AND '715 PATENTS WITH PREJUDICE** <br><br> [PROPOSED] **ORDER** |

Plaintiffs [24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd. (collectively, "[24]7") and Defendant LivePerson, Inc. hereby stipulate to dismissal with prejudice of Counts VI and VII (infringement of U.S. Patent Nos. 6,975,719 and 7,245,715) of the Complaint in Case No. 3:15-CV-05585-JST pursuant to Civil Local Rule 7-12.

Respectfully submitted,

Dated: August 17, 2017

MARK E. MILLER
O'MELVENY & MYERS LLP

*/s/ Mark E. Miller*

Attorneys for Plaintiffs
[24]7 CUSTOMER, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.

Dated: August 17, 2017

MICHAEL W. DE VRIES
KIRKLAND & ELLIS LLP

*/s/ Michael W. De Vries*

Attorneys for Defendant
LIVEPERSON, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Michael De Vries.

*/s/ Mark E. Miller*
Mark Miller (S.B. No. 130200)
markmiller@omm.com

Attorney for Plaintiffs
[24]7 Customer, Inc. and 24/7 Customer International Holdings, Ltd.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Counts VI and VII of the Complaint in Case No. 3:15-CV-05585-JST are dismissed with prejudice.

Dated: August 18, 2017

Hon. Jon S. Tigar
United States District Judge