| | |
|---|---|
| Michael W. De Vries (S.B.N. 211001) | Mark E. Miller (S.B.N. 130200) |
| michael.devries@kirkland.com | markmiller@omm.com |
| Sharre Lotfollahi (S.B.N. 258913) | Geoffrey H. Yost (S.B.N. 159687) |
| sharre.lotfollahi@kirkland.com | gyost@omm.com |
| KIRKLAND & ELLIS LLP | Alexander B. Parker (S.B.N. 264705) |
| 333 South Hope Street | aparker@omm.com |
| Los Angeles, CA 90071 | O'MELVENY & MYERS LLP |
| Telephone: (213) 680-8400 | Two Embarcadero Center, 28th Floor |
| Facsimile: (213) 680-8500 | San Francisco, California 94111-3823 |
| | Telephone: (415) 984 8700 |
| *Attorneys for LIVEPERSON, INC.* | Facsimile: (415) 984 8701 |
| | |
| | *Attorneys for 24/7 CUSTOMER, INC.* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

24/7 CUSTOMER, INC., ET AL.

               Plaintiffs,

      v.

LIVEPERSON, INC.,

               Defendant.

Case No. 3:15-CV-02897-JST

**[PROPOSED] ORDER CHANGING TIME**

The Court hereby changes the following case deadline:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| LivePerson to provide its non-infringement contentions in *Patent Actions* | October 12, 2017 | October 16, 2017 |
| [24]7 to provide its non-invalidity contentions in *Patent Actions* | October 26, 2017 | November 2, 2017 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated October 13, 2017

_____
HON. JON S. TIGAR
United States District Judge