| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003) | Michael W. De Vries (State Bar No. 211001) |
| dsnyder@omm.com | michael.devries@kirkland.com |
| Mark E. Miller (State Bar No. 130200) | Sharre S. Lotfollahi (State Bar No. 258913) |
| markmiller@omm.com | sharre.lotfollahi@kirkland.com |
| Geoffrey H. Yost (State Bar No. 159687) | KIRKLAND & ELLIS, LLP |
| gyost@omm.com | 333 South Hope Street |
| Alexander B. Parker (State Bar No. 264705) | Los Angeles, CA 90071 |
| aparker@omm.com | Telephone: 213-680-8590 |
| Anne E. Huffsmith (Stat Bar No. 236438) | |
| ahuffsmith@omm.com | Adam R. Alper (State Bar No. 196834) |
| O'MELVENY & MYERS LLP | adam.alper@kirkland.com |
| Two Embarcadero Center, 28th Floor | Robert Nai-Shu Kang (State Bar No. 274389) |
| San Francisco, CA 94111-3823 | robert.kang@kirkland.com |
| Telephone: (415) 984-8700 | James W. Beard (State Bar No. 267242) |
| Facsimile: (415) 984-8701 | james.beard@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 555 California Street |
| *Attorneys for 24/7.ai, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* | San Francisco, CA 94104 |
| | Telephone: 415-436-1500 |
| | |
| | Joshua L. Simmons (pro hac vice) |
| | joshua.simmons@kirkland.com |
| | KIRKLAND & ELLIS, LLP |
| | 601 Lexington Ave. |
| | New York, NY 10169 |
| | Telephone: 212-446-4800 |
| | |
| | *Attorneys for LIVEPERSON, INC.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LIVEPERSON, INC., <br><br> Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead) <br> Case No. 3:15-CV-05585-JST (KAW) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DEPOSITION AND EXPERT REPORT DEADLINES** |
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.ai, INC. <br><br> Defendant. | Case No. 3:17-CV-01268-JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DEPOSITION AND EXPERT REPORT DEADLINES** |

# STIPULATION AND [PROPOSED] ORDER

Pursuant to Local Rules 6-1 and 6-2, Plaintiff LivePerson, Inc. ("LivePerson") and Defendants [24]7.ai, Inc. and 24/7 Customer International Holdings ("collectively, "[24]7") (together, the "Parties") hereby respectfully move the Court to issue an order extending the deadlines listed below in Case Nos. 3:17-cv-01268 ("the Trade Secret Matter"), and 3:15-cv-02897 and 3:15-cv-05585 ("the Patent Matters", and collectively with the Trade Secret Matter, "the Related Matters"). The parties agree to the following proposed schedule:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Close of fact discovery for depositions | February 28, 2018 | March 16, 2018 |
| Last day to file motions to compel non-expert discovery for depositions | March 8, 2018 | March 23, 2018 |
| Opening expert reports in Trade Secret Action | March 15, 2018 | March 30, 2018 |
| Rebuttal expert reports in Trade Secret Action | May 3, 2018 | May 18, 2018 |
| Close of expert discovery | June 6, 2018 | *no change* |
| Last day to file motion to compel expert discovery | June 18, 2018 | *no change* |
| Case Management Conference | June 27, 2018 at 2:00 p.m. | *no change* |
| Dispositive motion deadline | July 13, 2018 | *no change* |
| Dispositive motion opposition deadline | July 27, 2018 (or 14 days after opening brief filed) | *no change* |
| Dispositive motion reply deadline | August 3, 2018 (or 7 days after opposition filed) | *no change* |
| *Daubert* motion deadline | August 23, 2018 | *no change* |
| *Daubert* opposition deadline | September 6, 2018 (or 14 days after opening brief filed) | *no change* |
| *Daubert* reply deadline | September 13, 2018 (or 7 days after opposition brief filed) | *no change* |
| Joint pretrial statement due | September 25, 2018 | *no change* |
| *In limine* motions due | October 9, 2018 | *no change* |
| Pretrial conference | November 2, 2018 at 2:00 p.m. | *no change* |

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy | November 16, 2018 | *no change* |
| Trial | November 26, 2018 at 8:30 a.m. | *no change* |

Due to the number of fact depositions outstanding, the Parties respectfully submit that there is good cause to extend the above deadlines. These modifications to the schedule will have no effect on any other deadlines in this case, as shown above. This Stipulation is supported by the Declaration of Michael De Vries, filed herewith.

Respectfully submitted,

Dated: February 26, 2018     O'MELVENY & MYERS LLP


By:   */s/ Darin W. Snyder*
         Darin W. Snyder

Attorneys for Plaintiffs
24/7.AI, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.


Dated: February 26, 2018     KIRKLAND & ELLIS LLP


By:   */s/ Michael W. De Vries*
         Michael W. De Vries

Attorneys for Defendant
LIVEPERSON, INC.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder.

By:    */s/ Michael W. De Vries*
         Michael W. De Vries

Attorneys for Defendant
LIVEPERSON, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 27, 2018

Hon. Jon S. Tigar
United States District Judge

---

STIPULATION TO EXTEND FACT DEPOSITION AND EXPERT REPORT DEADLINES

4

CASE NOS. 3:17-CV-01268-JST;
3:15-CV-02897-JST (KAW); 3:15-CV-05585-JST (KAW)