| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003)<br>dsnyder@omm.com<br>Mark E. Miller (State Bar No. 130200)<br>markmiller@omm.com<br>Geoffrey H. Yost (State Bar No. 159687)<br>gyost@omm.com<br>Alexander B. Parker (State Bar No. 264705)<br>aparker@omm.com<br>Anne E. Huffsmith (Stat Bar No. 236438)<br>ahuffsmith@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for [24]7.ai, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* | Michael W. De Vries (State Bar No. 211001)<br>michael.devries@kirkland.com<br>Sharre S. Lotfollahi (State Bar No. 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213)-680-8590<br><br>Adam R. Alper (State Bar No. 196834)<br>adam.alper@kirkland.com<br>Robert Nai-Shu Kang (State Bar No. 274389)<br>robert.kang@kirkland.com<br>James W. Beard (State Bar No. 267242)<br>james.beard@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415)-436-1500<br><br>Joshua L. Simmons (pro hac vice)<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br>Telephone: (212)-446-4800<br><br>*Attorneys for LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>  Plaintiffs,<br><br>  v.<br><br>LIVEPERSON, INC.,<br><br>  Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead)<br>Case No. 3:15-CV-05585-JST (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |
| LIVEPERSON, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>[24]7.ai, INC.<br><br>  Defendant. | Case No. 3:17-CV-01268-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED]
ORDER CHANGING DATE OF CASE
MANAGEMENT CONFERENCE

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

1 **STIPULATION AND [PROPOSED] ORDER**

2  Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff LivePerson, Inc. ("LivePerson") and

3 Defendants [24]7.ai, Inc. and 24/7 Customer International Holdings (collectively, "[24]7")

4 (together, the "Parties"), subject to the Court's approval and Order, stipulate to reschedule the

5 Case Management Conference ("CMC") currently set for June 27, 2018 in Case Nos. 3:17-cv-

6 01268 ("the Trade Secret Matter"), and 3:15-cv-02897 and 3:15-cv-05585 ("the Patent Matters",

7 and collectively with the Trade Secret Matter, "the Related Matters") to one week earlier, June

8 20, 2018 at 2:00 p.m., due to the unavailability of the lead trial counsel of LivePerson in view of a

9 recently-realized personal conflict on the currently scheduled date (June 27, 2018). This change

10 to the schedule will not affect any other deadlines in this action. *See* De Vries Decl. ¶ 5.

11  This Court issued a Scheduling Order on July 26, 2017, scheduling a CMC for June 27,

12 2018 at 2:00 p.m. (Dkt. 157). More recently, on April 23, 2018, this Court issued an Order

13 Granting Case and Trial Management Schedule, setting certain scheduling dates and maintaining

14 June 27, 2018 at 2:00 p.m. as the date and time for the CMC. (Dkt. 192). Lead trial counsel for

15 LivePerson recently realized, however, that he will be unavailable on June 27, 2018 due to a

16 prescheduled personal conflict. *See* De Vries Decl. ¶ 3. LivePerson raised the conflict and this

17 stipulation with counsel for [24]7, who indicated [24]7 would so stipulate and that counsel for

18 [24]7 is available for the CMC on June 20, 2018 if the Court agrees to move the CMC to that

19 date. *See id.* at ¶ 6.

20  Pursuant to the stipulation, therefore, the Parties respectfully request that the June 27,

21 2018 CMC for the Related Matters be rescheduled to one week earlier, on June 20, 2018, at 2:00

22 p.m. As noted above, this change to the schedule will not affect any other deadlines in this

23 action.

25  Respectfully submitted,

STIPULATION AND [PROPOSED]
ORDER CHANGING DATE OF CASE
MANAGEMENT CONFERENCE

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

| | | |
|---|---|---|
| 1 | Dated: May 14, 2018 | KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By: */s/ Michael W. De Vries* |
| 4 | | Michael W. De Vries |
| 5 | | Attorneys for |
| 6 | | LIVEPERSON, INC. |
| 7 | | |
| 8 | Dated: May 14, 2018 | O'MELVENY & MYERS LLP |
| 9 | | |
| 10 | | By: */s/ Darin Snyder* |
| | | Darin Snyder |
| 11 | | |
| 12 | | Attorneys for |
| | | [24]7.AI, INC. AND 24/7 CUSTOMER |
| 13 | | INTERNATIONAL HOLDINGS, LTD. |

STIPULATION AND [PROPOSED]     3:15-CV-02897-JST (KAW)
ORDER CHANGING DATE OF CASE     3:15-CV-05585-JST (KAW)
MANAGEMENT CONFERENCE     3:17-CV-01268-JST

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin Snyder.

By: */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 15, 2018__  _____
Hon. Jon S. Tigar
United States District Judge