| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003)<br>dsnyder@omm.com<br>Mark E. Miller (State Bar No. 130200)<br>markmiller@omm.com<br>Geoffrey H. Yost (State Bar No. 159687)<br>gyost@omm.com<br>Alexander B. Parker (State Bar No. 264705)<br>aparker@omm.com<br>Anne E. Huffsmith (Stat Bar No. 236438)<br>ahuffsmith@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for [24]7.ai, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* | Michael W. De Vries (State Bar No. 211001)<br>michael.devries@kirkland.com<br>Sharre S. Lotfollahi (State Bar No. 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>Telephone: 213-680-8590<br><br>Adam R. Alper (State Bar No. 196834)<br>adam.alper@kirkland.com<br>Robert Nai-Shu Kang (State Bar No. 274389)<br>robert.kang@kirkland.com<br>James W. Beard (State Bar No. 267242)<br>james.beard@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415-436-1500<br><br>Joshua L. Simmons (pro hac vice)<br>joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br>Telephone: 212-446-4800<br><br>*Attorneys for LIVEPERSON, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>    Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead)<br>Case No. 3:15-CV-05585-JST (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR CLOSE OF EXPERT DISCOVERY AND TRADE SECRET SELECTION** |
| LIVEPERSON, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>[24]7.ai, INC.<br><br>    Defendant. | Case No. 3:17-CV-01268-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DATE FOR CLOSE OF EXPERT DISCOVERY AND TRADE SECRET SELECTION** |

STIPULATION AND [PROPOSED]
ORDER CHANGING DATE FOR CLOSE OF
EXPERT DISCOVERY AND TS SELECTION

3:15-CV-02897-JST (KAW)
3:15-CV-05585-JST (KAW)
3:17-CV-01268-JST

| | |
|---|---|
| 1 | **STIPULATION AND [PROPOSED] ORDER** |
| 2 | Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff LivePerson, Inc. ("LivePerson") and |
| 3 | Defendants [24]7.ai, Inc. and 24/7 Customer International Holdings ("collectively, "[24]7") |
| 4 | (together, the "Parties"), subject to the Court's approval and Order, stipulate to extend the closing |
| 5 | date for expert discovery currently set for June 6, 2018 in Case Nos. 3:17-cv-01268 ("the Trade |
| 6 | Secret Matter"), and 3:15-cv-02897 and 3:15-cv-05585 ("the Patent Matters", and collectively |
| 7 | with the Trade Secret Matter, "the Related Matters") to June 14, 2018, in order to allow for the |
| 8 | setting of certain expert depositions after June 6 in order to accommodate schedules. *See* De |
| 9 | Vries Decl. ¶ 3. Further, the Parties, subject to the Court's approval and Order, stipulate to |
| 10 | correspondingly extend the deadline for LivePerson to select trade secrets, currently set for June |
| 11 | 8, 2018 in the Related Matters, to June 15, 2018 at 5:00 PM, in order to allow for that selection to |
| 12 | occur after the close of expert discovery. These changes to the schedule will not affect any other |
| 13 | deadlines in this action. *See id.* at ¶ 5. |
| 14 | This Court issued a Scheduling Order on July 26, 2017, and that order scheduled June 6, |
| 15 | 2018 as the closing date for expert discovery. (Dkt. 157). This deadline has not been changed |
| 16 | since. *See* De Vries Decl. ¶ 4. More recently, this Court issued an Order Granting Case and Trial |
| 17 | Management Schedule on April 23, 2018, and it scheduled June 8, 2018 as the deadline for |
| 18 | LivePerson to identify up to 15 trade secrets for the first trade secret trial. (Dkt. 192). This |
| 19 | deadline also has not been changed since. *See id.* In order to accommodate the experts' |
| 20 | schedules, however, the Parties will need until June 14, 2018 to take the experts' depositions. |
| 21 | Further, the selection of trade secrets should occur after the close of expert discovery. Thus, |
| 22 | LivePerson raised these scheduling issues and this stipulation with counsel for [24]7, who |
| 23 | indicated they would so stipulate. *See id.* at ¶ 6. |
| 24 | Pursuant to the stipulation, the Parties request that: 1) the closing date for expert |
| 25 | discovery be moved from June 6, 2018 to June 14, 2018; and 2) the deadline for LivePerson to |
| 26 | select trade secrets for the first trade secret trial be moved from June 8, 2018 to June 15, 2018 at |
| 27 | 5:00 PM. |
| 28 | |

Respectfully submitted,

Dated: June 1, 2018          KIRKLAND & ELLIS LLP


By:   */s/ Michael W. De Vries*
      Michael W. De Vries

Attorneys for
LIVEPERSON, INC.


Dated: June 1, 2018          O'MELVENY & MYERS LLP


By:   */s/ Darin Snyder*
      Darin Snyder

Attorneys for
[24]7.AI, INC. AND 24/7 CUSTOMER
INTERNATIONAL HOLDINGS, LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin Snyder.

By: */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 4, 2018

Hon. Jon S. Tigar
United States District Judge