UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>Plaintiffs,<br>v.<br><br>LIVEPERSON, INC.,<br><br>Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead)<br>Case No. 3:15-CV-05585-JST (KAW)<br><br>**SCHEDULING ORDER** |
| LIVEPERSON, INC.,<br><br>Plaintiff,<br>v.<br><br>[24]7.AI, INC.,<br><br>Defendant. | Case No. 3:17-CV-01268-JST<br><br>**SCHEDULING ORDER** |

Due to a change in the Court's availability, the Court hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Hearing on Defendant 24[7].ai, Inc.'s motion for summary judgment in the first trade secret trial[1] | October 25, 2018 |
| *Daubert* motion deadline for issues to be addressed in the first trade secret trial | October 11, 2018 |
| *Daubert* opposition deadline for issues to be addressed in the first trade secret trial | October 25, 2018 |

---

[1] The briefing schedule is unchanged.

| Event | Date |
|---|---|
| *Daubert* reply deadline for issues to be addressed in the first trade secret trial | November 1, 2018 |
| *Daubert* hearing | November 29, 2018 |

Three potential combinations of dates for the pre-trial conference and trial are listed below.[2] All dates in the patent case and the second trade secret trial will remain the same unless the parties stipulate, or the Court orders upon motion, that they be changed.

| Pretrial Conference | Trial |
|---|---|
| January 11, 2019 | January 28, 2019 at 8:00 a.m. |
| January 25, 2019 | February 11, 2019 at 8:00 a.m. |
| March 15, 2019 | April 1, 2019 at 8:00 a.m. |

Parties are ordered to submit joint or competing proposals for a case and trial management schedule reflecting these changes by July 26, 2018.

**IT IS SO ORDERED.**

Dated: July 19, 2018

_____
JON S. TIGAR
United States District Judge

---

[2] The pretrial statement is due 10 days before the pretrial conference.

2