Michael W. De Vries (State Bar No. 211001)
michael.devries@kirkland.com
Sharre S. Lotfollahi (State Bar No. 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS, LLP
333 South Hope Street, 29th Floor
Los Angeles, CA 90071
Telephone: 213-680-8590

Adam R. Alper (State Bar No. 196834)
adam.alper@kirkland.com
James W. Beard (State Bar No. 267242)
james.beard@kirkland.com
KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-436-1500

Joshua L. Simmons (pro hac vice)
joshua.simmons@kirkland.com
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10169
Telephone: 212-446-4800

*Attorneys for LIVEPERSON, INC.*

Darin W. Snyder (State Bar No. 136003)
dsnyder@omm.com
Mark E. Miller (State Bar No. 130200)
markmiller@omm.com
Geoffrey H. Yost (State Bar No. 159687)
gyost@omm.com
Alexander B. Parker (State Bar No. 264705)
aparker@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for [24]7.ai, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> LIVEPERSON, INC., <br><br> Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead) <br> Case No. 3:15-CV-05585-JST (KAW) <br><br> **JOINT CASE MANAGEMENT STATEMENT** |
| LIVEPERSON, INC., <br><br> Plaintiff, <br><br> v. <br><br> [24]7.ai, INC. <br><br> Defendant. | Case No. 3:17-CV-01268-JST <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's July 19 Scheduling Order (Dkt. 415), LivePerson, Inc. ("LivePerson") and [24]7.ai, Inc. and 24/7 Customer International Holdings, Ltd. (collectively, "[24]7") have conferred and respectfully submit this Joint Case Management Statement and proposed schedule for consideration by the Court.

Subject to the Court's approval, and in accordance with the Court's Scheduling Order, the parties select April 1, 2019 as the date for the beginning of the first trade secret trial. The parties further propose delaying the remaining events in the patent action and relating to the second trade secret trial, so that the events in the patent action can proceed after the first trade secret trial is complete. In addition, the parties request advancing the *Daubert* briefing schedule relating to the first trade secret trial by two weeks so that the *Daubert* briefing schedule does not overlap with the October 25, 2018 summary judgment hearing.

The parties propose the following schedule:

| Event | Current / Previous Date | Proposed Revised / New Date |
|---|---|---|
| *Daubert* motion deadline for issues to be addressed in the first trade secret trial | October 11, 2018 *Set by Scheduling Order* | September 28, 2018 |
| *Daubert* opposition deadline for issues to be addressed in the first trade secret trial | October 25, 2018 *Set by Scheduling Order* | October 12, 2018 |
| *Daubert* reply deadline for issues to be addressed in the first trade secret trial | November 1, 2018 *Set by Scheduling Order* | October 19, 2018 |
| Hearing on Defendant [24]7.ai, Inc.'s motion for summary judgment in the first trade secret trial | October 25, 2018 at 2:00 p.m. *Set by Scheduling Order* | October 25, 2018 at 2:00 p.m. |
| *Daubert* hearing | November 29, 2018 at 2:00 p.m. *Set by Scheduling Order* | November 29, 2018 at 2:00 p.m. |
| Deadline for *in limine* motions for the first trade secret trial | October 9, 2018 | February 8, 2019 |
| Joint pretrial statement for the first trade secret trial due | September 25, 2018 | March 5, 2019 |
| Pretrial conference for the first trade secret trial | November 2, 2018 at 2:00 p.m. | March 15, 2019 at 2:00 p.m. |

JOINT CASE MANAGEMENT STATEMENT 1 CASE NOS. 3:17-CV-01268-JST; 3:15-CV-02897-JST (KAW); 3:15-CV-05585-JST (KAW)

| Event | Current / Previous Date | Proposed Revised / New Date |
|---|---|---|
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy for the first trade secret trial | November 16, 2018 | March 25, 2019 |
| The first trade secret trial | Begins November 26, 2018 at 8:30 a.m. | April 1, 2019 at 8:00 a.m. |
| [24]7 to re-select no more than four asserted claims per patent for patent trial | January 31, 2019 | April 25, 2019 |
| LivePerson to reduce asserted prior art references to no more than five per patent to be tried | February 15, 2019 | May 2, 2019 |
| Deadline for opening expert reports for the patent case | February 28, 2019 | May 16, 2019 |
| Deadline for rebuttal expert reports for the patent case | March 21, 2019 | June 6, 2019 |
| Close of expert discovery for the patent case | April 4, 2019 | June 21, 2019 |
| Last day to file motions to compel expert discovery for the patent case | April 12, 2019 | June 28, 2019 |
| Deadline for dispositive motions in the patent case | April 25, 2019 | July 11, 2019 |
| Deadline for oppositions to dispositive motions for the patent case | May 9, 2019 (or two weeks after dispositive motions are filed) | July 25, 2019 (or two weeks after dispositive motions are filed) |
| Deadline for replies supporting dispositive motions for the patent case | May 16, 2019 (or one week after oppositions are filed) | August 1, 2019 (or one week after oppositions are filed) |
| *Daubert* motion deadline for the patent case | May 30, 2019 | August 8, 2019 |
| *Daubert* opposition deadline for the patent case | June 13, 2019 (or two weeks after *Daubert* motions are filed) | August 22, 2019 (or two weeks after *Daubert* motions are filed) |
| *Daubert* reply deadline for the patent case | June 20, 2019 (or one week after oppositions are filed) | August 29, 2019 (or one week after oppositions are filed) |
| Deadline for *in limine* motions for the patent case | July 9, 2019 | September 12, 2019 |
| Joint pretrial statement for the patent case | July 2, 2019 | October 15, 2019 |

| Event | Current / Previous Date | Proposed Revised / New Date |
|---|---|---|
| Pretrial conference for the patent case | July 26, 2019, subject to the Court's availability and convenience | October 25, 2019 at 2:00 p.m., subject to the Court's availability and convenience |
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy for patent trial | July 30, 2019 | December 2, 2019 |
| The patent trial | Begins August 5, 2019 at 8:30 a.m., subject to the Court's availability and convenience | December 9, 2019 at 8:00 a.m., subject to the Court's availability and convenience |
| LivePerson to identify up to 15 trade secrets that will be addressed in the second trade secret trial | August 30, 2019 | December 16, 2019 |
| Deadline for dispositive motions and *Daubert* motions covering issues to be addressed in the second trade secret trial | October 1, 2019 | January 23, 2020 |
| Deadline for oppositions to dispositive motions and *Daubert* motions covering issues to be addressed in the second trade secret trial | October 15, 2019 (or two weeks after dispositive motions are filed) | February 6, 2020 (or two weeks after dispositive motions are filed) |
| Deadline for replies supporting dispositive motions and *Daubert* motions covering issues to be addressed in the second trade secret trial | October 22, 2019 (or one week after oppositions are filed) | February 13, 2020 (or one week after oppositions are filed) |
| Deadline for *in limine* motions for the second trade secret trial | December 10, 2019 | February 27, 2020 |
| Joint pretrial statement for the second trade secret trial due | November 22, 2019 | March 17, 2020 |
| Pretrial conference for the second trade secret trial | December 13, 2019, subject to the Court's availability and convenience | March 27, 2020 at 2:00 p.m., subject to the Court's availability and convenience |

| Event | Current / Previous Date | Proposed Revised / New Date |
|---|---|---|
| Parties to deliver three sets of pre-marked exhibits to the Courtroom Deputy for the second trade secret trial | January 22, 2020 | April 6, 2020 |
| The second trade secret trial | Begins February 3, 2020 at 8:30 a.m., subject to the Court's availability and convenience | April 13, 2020 at 8:00 a.m., subject to the Court's availability and convenience |

Dated: July 26, 2018

KIRKLAND & ELLIS LLP

By: */s/ Michael W. De Vries*
Michael W. De Vries

Attorneys for LivePerson, Inc.

Dated: July 26, 2018

O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
Darin W. Snyder

Attorneys for [24]7.ai, Inc. and 24/7 Customer International Holdings, Ltd.



IT IS SO ORDERED
Judge Jon S. Tigar

1  **ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing
2  of this document has been obtained from Darin Snyder.

                                                     By:    */s/ Michael W. De Vries*
                                                               Michael W. De Vries