| | |
|---|---|
| Darin W. Snyder (State Bar No. 136003) dsnyder@omm.com<br>Mark E. Miller (State Bar No. 130200) markmiller@omm.com<br>Geoffrey H. Yost (State Bar No. 159687) gyost@omm.com<br>Alexander B. Parker (State Bar No. 264705) aparker@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br><br>*Attorneys for [24]7.ai, INC. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.* | Michael W. De Vries (State Bar No. 211001) michael.devries@kirkland.com<br>Sharre S. Lotfollahi (State Bar No. 258913) sharre.lotfollahi@kirkland.com<br>Benjamin A. Herbert (State Bar No. 277356) benjamin.herbert@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>333 South Hope Street, 29th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-680-8590<br><br>Adam R. Alper (State Bar No. 196834) adam.alper@kirkland.com<br>James W. Beard (State Bar No. 267242) james.beard@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415-436-1500<br><br>Joshua L. Simmons (pro hac vice) joshua.simmons@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>601 Lexington Ave.<br>New York, NY 10169<br>Telephone: 212-446-4800<br><br>*Attorneys for LIVEPERSON, INC.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| [24]7.ai, INC. AND 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>LIVEPERSON, INC.,<br><br>Defendant. | Case No. 3:15-CV-02897-JST (KAW) (lead)<br>Case No. 3:15-CV-05585-JST (KAW)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINE FOR PARTIES TO MEDIATE** |
| LIVEPERSON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>[24]7.ai, INC.<br><br>Defendant. | Case No. 3:17-CV-01268-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING DEADLINE FOR PARTIES TO MEDIATE** |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiff LivePerson, Inc. ("LivePerson") and Defendants [24]7.ai, Inc. and 24/7 Customer International Holdings (collectively, "[24]7") (together, the "Parties"), subject to the Court's approval and Order, stipulate to change the deadline for the Parties to mediate, currently set for February 15, 2019 (Dkt. 524), to March 6, 2019, due to the conflicting availability of the Parties and the mediator. The Parties are scheduled to mediate on March 6, 2019, in San Francisco, California, with mediator Greg Lindstrom. This change to the schedule will not affect any other deadlines in this action.

Pursuant to the stipulation, the Parties request that the February 15, 2019 deadline for the Parties to mediate be rescheduled to March 6, 2019.

Respectfully submitted,

Dated: February 1, 2019        KIRKLAND & ELLIS LLP

                                                     By:   */s/ Michael W. De Vries*
                                                               Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

Dated: February 1, 2019        O'MELVENY & MYERS LLP

                                                     By:   */s/ Darin Snyder*
                                                               Darin Snyder

Attorneys for
[24]7.AI, INC. AND 24/7 CUSTOMER
INTERNATIONAL HOLDINGS, LTD.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Darin Snyder.

By:    */s/ Michael W. De Vries*
        Michael W. De Vries

Attorneys for
LIVEPERSON, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 5, 2019

Hon. Jon S. Tigar
United States District Judge