1 | Michael W. De Vries (S.B.N. 211001)
2 | Benjamin A. Herbert (S.B.N. 277356)
KIRKLAND & ELLIS, LLP
555 South Flower Street
3 | Los Angeles, CA 90071
Telephone: (213) 680-8400
4 | Facsimile: (213) 680-8500
Email: michael.devries@kirkland.com
5 | Email: benjamin.herbert@kirkland.com

6 | Sharre S. Lotfollahi (S.B.N. 258913)
KIRKLAND & ELLIS, LLP
7 | 2049 Century Park East
Los Angeles, CA 90067
8 | Telephone: (310) 552-4200
Facsimile: (310) 552-5900
9 | Email: sharre.lotfollahi@kirkland.com

10 | Adam R. Alper (S.B.N. 196834)
KIRKLAND & ELLIS, LLP
11 | 555 California Street
San Francisco, CA 94104
12 | Telephone: (415) 439-1400
Facsimile: (415) 439-1500
13 | Email: adam.alper@kirkland.com

14 | Joshua L. Simmons (admitted *pro hac vice*)
KIRKLAND & ELLIS, LLP
15 | 601 Lexington Ave.
New York, NY 10022
16 | Telephone: (212) 446-4800
Facsimile: (212) 446-4900
17 | Email: joshua.simmons@kirkland.com

*Attorneys for LivePerson, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| [24]7.ai, Inc. and 24/7 CUSTOMER INTERNATIONAL HOLDINGS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> LIVEPERSON, INC. <br><br> Defendant. | Case No. 3:15-CV-02897-JST (KAW) (Lead) <br> Case No. 3:15-CV-05585-JST (KAW) <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

|   |   |
|---|---|
| LIVEPERSON, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>[24]7.ai, INC.<br><br>            Defendant. | Case No. 3:17-CV-01268-JST<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

     Kirkland & Ellis LLP, counsel of record for LivePerson, Inc. hereby notices the Court and the Parties that Megan Leigh McKeown is no longer employed at the law firm Kirkland & Ellis LLP and no longer working on this matter.

     Pursuant to Local Rule 5.1(c)(2)(C), Kirkland & Ellis respectfully requests the withdrawal of the appearance of Megan L. McKeown.  Michael W. De Vries, Adam R. Alper, Sharre S. Lotfollahi, Sierra Elizabeth, Benjamin A. Herbert, Joshua L. Simmons, Kristen P. L. Reichenbach, Kevin D. Bendix, Lindsey Y Shi, Yungmoon Chang, Maria M. Beltran, and Leslie Diaz of Kirkland & Ellis LLP continue to represent LivePerson, Inc. in this matter.

Dated: January 14, 2022

Respectfully submitted,

  */s/ Sharre Lotfollahi*

Michael W. De Vries (S.B.N. 211001)
Benjamin A. Herbert (S.B.N. 277356)
KIRKLAND & ELLIS, LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Email:  michael.devries@kirkland.com
Email:  benjamin.herbert@kirkland.com

Sharre S. Lotfollahi (S.B.N. 258913)
KIRKLAND & ELLIS, LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900
Email:  sharre.lotfollahi@kirkland.com

Adam R. Alper (S.B.N. 196834)

KIRKLAND & ELLIS, LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: adam.alper@kirkland.com

Joshua L. Simmons (admitted *pro hac vice*)
KIRKLAND & ELLIS, LLP
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.simmons@kirkland.com